IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-087-RLV-DCK

| | |
|---|---|
| ZLOOP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| E RECYCLING SYSTEMS, LLC, and | ) |
| JAMES CUNNINGHAM A/K/A JIM | ) |
| CUNNINGHAM, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Mark R. Kutny, concerning Michael M. Shipper on July 1, 2014. Mr. Michael M. Shipper seeks to appear as counsel *pro hac vice* for Defendants E Recycling Systems, Inc. and James Cunningham a/k/a Jim Cunningham. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **GRANTED.** Michael M. Shipper is hereby admitted *pro hac vice* to represent Defendants E Recycling Systems, Inc. and James Cunningham a/k/a Jim Cunningham.

**SO ORDERED**.

Signed: July 1, 2014

_____
David C. Keesler
United States Magistrate Judge